IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TRACEY PALMERTON and TRINITY PALMERTON<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., CLAIMS MANAGEMENT, INC., ABC INSURNCE COMPANY, JOHN DOES 123,<br><br>Defendants. | CV-17-30-H-CCL<br><br>Order |

Before the Court is Plaintiffs' motion for leave to file agreement under seal. Plaintiffs' counsel failed to contact opposing counsel before filing her motion, as required by L.R. 7.1(c)(1), and failed to lodge a copy of the document she seeks to have filed under seal, as required by L.R. 5.2(e). Plaintiffs' counsel has represented that filing under seal is necessary based on a confidentiality clause in the settlement agreement she seeks to file. Defendant Wal-Mart Stores Inc. having indicated it has no objection to the motion, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File

Agreement Under Seal (Doc. 25) is GRANTED. Plaintiffs shall file the settlement agreement with a Notice of Filing Under Seal stating in the caption "FILED UNDER SEAL" followed by citation to this order as authority for filing the document under seal. *See* L.R. 5.2(c).

Dated this 26th day of February, 2019.

/s/ Charles C. Lovell
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE